# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3628
_____

Donald Ray Copley

*Plaintiff - Appellant*

v.

State of Missouri

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: July 18, 2014
Filed: July 28, 2014
[Unpublished]

_____

Before BYE, SMITH, and KELLY, Circuit Judges.

_____

PER CURIAM.

Donald Copley appeals after the district court[1] dismissed his civil action, and denied his post-judgment motion.[2] We deny Copley's pending motions for a transcript and a change of venue; and following our careful review of the record before us, we conclude that the district court did not abuse its discretion in denying the post-judgment motion, because Copley did not present circumstances justifying relief. See In re Guidant Corp. Implantable Defibrillators Prod. Liab. Litig., 496 F.3d 863, 866 (8th Cir. 2007) (standard of review).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

[2]The appeal was dismissed as untimely as to the entry of final judgment, and has been allowed to proceed only as to the order denying post-judgment relief.